■ SIGMUND SOMMER, Appellant, v. GENERAL BRONZE CORPORATION et al., Respondents.

Concur—

Eager, J. P., Steuer, Capozzoli, Rabin and McNally, JJ.